Note from the reporter of decisions: On July 27, 2005, James Earl Andrews filed a Rule 32, Ala. R.Crim.P., petition alleging that he should be allowed to withdraw his guilty plea to second-degree rape, in part because the Montgomery Circuit Court did not sentence him according to a plea agreement he had entered into with the prosecution. The circuit court dismissed Andrews’s petition, and he appealed. On March 18, 2011, the Court of Criminal Appeals issued an order remanding this case to the Montgomery Circuit Court to allow Andrews the opportunity to prove that he was not aware before he was sentenced that the circuit court would not sentence him according to the plea agreement and to allow the State an opportunity to rebut Andrews’s claim. Presiding Judge Welch dissented from the order.